MAY 28 2026 PM 1:51
FILED - USDC - NDTX - AM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

LUKE ETHAN ROGERS

NO. 2-26CR-052-Z

[TO BE FILED UNDER SEAL]

## INDICTMENT

The Grand Jury Charges:

Count One
Receipt and Distribution of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2) and (b))

From on or about a date unknown to the grand jury and continuing until on or about February 18, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Luke Ethan Rogers**, defendant, did knowingly receive and distribute at least one visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b).

Luke Ethan Rogers
Indictment - Page 1

<u>Count Two</u>
Possession of Child Pornography Involving a Prepubescent Minor
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2))

From on or about a date unknown to the grand jury and continuing until on or about February 18, 2026, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Luke Ethan Rogers**, defendant, did knowingly possess at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which was mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

**Luke Ethan Rogers**
**Indictment - Page 2**

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in the Indictment, and pursuant to 18 U.S.C. § 2253, defendant **Luke Ethan Rogers** shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the Indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property. The above-referenced property subject to forfeiture includes, but is not limited to: a Dell All-In-One computer s/n: 4MY53Q3; a Seagate 2 TB External Hard Disk Drive s/n: NZ0LDFEN; a Silver USB Drive Skydive Space land logo; a Samsung Galaxy S25 Ultra cell phone with IMEI 33507461541663; a Sony PlayStation 4 game system s/n: MG244837899; a Sony PlayStation 3 game system s/n: CF206058362-CECHG01; a Dell Inspiron Laptop s/n: 6LRTCL2; a Dell silver laptop s/n: 4DG5S72, all in the possession of law enforcement.

If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON


RYAN RAYBOULD
UNITED STATES ATTORNEY


_____
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:    806-472-7564
Facsimile:    806-472-7394
E-mail:    callie.woolam@usdoj.gov


**Luke Ethan Rogers**
**Indictment - Page 4**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

LUKE ETHAN ROGERS

INDICTMENT

COUNT 1:    RECEIPT AND DISTRIBUTION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(2) and (b).

COUNT 2:    POSSESSION OF CHILD PORNOGRAPHY INVOLVING A
PREPUBESCENT MINOR
Title 18, United States Code, Sections 2252A(a)(5)(b) and (b)(2).
FORFEITURE NOTICE

(2 COUNTS + FORFEITURE)

A true bill rendered,

Amarillo _____ *Nir Nr*_____ Foreperson
Filed in open court this 28th day of May 2026.

_____ Clerk
SEALED ARREST WARRANT TO ISSUE.

_____
UNITED STATES MAGISTRATE JUDGE

Luke Ethan Rogers
Indictment - Page 5